# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 10 WAP 2014
:
           Appellant : Appeal from the Judgment of Sentence of
: the Court of Common Pleas of Allegheny
: County entered February 12, 2014 at No.
     v. : CP-02-CR-0014746-2012
:
:
:
JAMES LEE, :
:
          Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 29th day of September, 2015, the Judgment of Sentence of the

Court of Common Pleas is **AFFIRMED**.